UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**CIVIL RIGHTS COMPLAINT FORM FOR PRO SE PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983**

AKHWATEN CASEY,

Inmate ID Number: T44955,

*(Write your full name and inmate ID number.)*

A.C
PROVIDED TO SANTA ROSA CI ON
APR 29 2026
FOR MAILING BY

Case No.: 3:26cv3695-AW-ZCB 12-CF-007949-A
*(To be filled in by the Clerk's Office)*

v.

Mr. Anthony Falcone,

badge 0770914,

_______________,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial Requested?
☐ YES ☑ NO

FILED USDC FLND PN
MAY 4 '26 PM1:01 MB

## I. PARTIES TO THIS COMPLAINT

### A. Plaintiff

Plaintiff's Name: AKHNATEN CASEY ID Number: T44955

List all other names by which you have been known: ______________

______________

Current Institution: SANTA ROSA

Address: 5850 E. MILTON RD MILTON, FL 32583

______________

### B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: M. Anthony Falcone

 Official Position: State Attorney

 Employed at: State Attorney office

 Mailing Address: 419 N PIERCE

 Tampa, FL 33602

☐ Sued in Individual Capacity ☑ Sued in Official Capacity

2. Defendant's Name: ______________________________

Official Position: ______________________________

Employed at: ______________________________

Mailing Address: ______________________________

______________________________

☐ Sued in Individual Capacity ☐ Sued in Official Capacity

3. Defendant's Name: ______________________________

Official Position: ______________________________

Employed at: ______________________________

Mailing Address: ______________________________

______________________________

☐ Sued in Individual Capacity ☐ Sued in Official Capacity

(*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*) ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee ☐ Civilly Committed Detainee

☑ Convicted State Prisoner ☐ Convicted Federal Prisoner

☐ Immigration Detainee ☐ Other (*explain below*):

______________________________

______________________________

______________________________

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the ***facts*** showing why you are entitled to relief. Describe how ***each*** Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

Mr Anthony Falcone bar 0770914, refiled charges under the same Indictment, Information the criminal Justice Department over turn the case of 12-CF-007949-A, all Indictment, Information was sustain in the accordance charges was not proper filed nothing was proven beyond reasonable doubt, the defendant Mr casey United states constutional civil rights was violated of the 1, 4, 6, 14 amendment Included an fake affidavit was permitted under fla sta 92.50, under fla sta 92.525 construed that Fraudulent crime was permitted against the defendant of charges being filed personally know and of hearsay third part which is Inadmissible without a offical Magestrated Notary Authorizing Jurisdiction of license stamp conceal commission

**Statement of Facts Continued** (*Page___of___*)

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

United states constutional civil rights
1, 4, 6, 14 Amendments

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

50 grand for everyminute I've have
been illegally Incarcerated Intel
Im release from being Incarcerated

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** ***If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*** If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII. PRIOR LITIGATION

***This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.***

**ATTENTION:** ***The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while***

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES ☑ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date:________________ Case #: 12-CF-007949-A

   Court: 13th Judicial circuit court

   Reason: ________________

2. Date:________________ Case #: ________________

   Court: ________________

   Reason: ________________

3. Date:________________ Case #: ________________

   Court: ________________

   Reason: ________________

(*If necessary, list additional cases on an attached page*)

B. Have you filed other lawsuits or appeals in ***state or federal court*** dealing with the same facts or issue involved in this case?

☐ YES ☐ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #:______________ Parties: ____________________________

   Court:____________________ Judge: ________________________

   Date Filed:__________ Dismissal Date (*if not pending*): __________

   Reason: ________________________________________________

2. Case #:______________ Parties: ____________________________

   Court:____________________ Judge: ________________________

   Date Filed:__________ Dismissal Date (*if not pending*): __________

   Reason: ________________________________________________

(*If necessary, list additional cases on an attached page*)

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in ***state or federal court*** either challenging your conviction or relating to the conditions of your confinement?.

☐ YES ☑ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #:_______________ Parties: ______________________________

   Court:____________________ Judge: _________________________

   Date Filed:__________ Dismissal Date (*if not pending*): __________

   Reason: __________________________________________________

2. Case #:_______________ Parties: ______________________________

   Court:____________________ Judge: _________________________

   Date Filed:__________ Dismissal Date (*if not pending*): __________

   Reason: __________________________________________________

3. Case #:_______________ Parties: ______________________________

   Court:____________________ Judge: _________________________

   Date Filed:__________ Dismissal Date (*if not pending*): __________

   Reason: __________________________________________________

4. Case #:_______________ Parties: ______________________________

   Court:____________________ Judge: _________________________

   Date Filed:__________ Dismissal Date (*if not pending*): __________

   Reason: __________________________________________________

5. Case #:_______________ Parties: ______________________________

   Court:____________________ Judge: _________________________

   Date Filed:__________ Dismissal Date (*if not pending*): __________

   Reason: __________________________________________________

6. Case #:______________ Parties: ____________________________

Court:___________________ Judge: ________________________

Date Filed:_________ Dismissal Date (*if not pending*): __________

Reason: ________________________________________________

***(Attach additional pages as necessary to list all cases.)***

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date:________ Plaintiff's Signature: Akhnaten Casey

Printed Name of Plaintiff: AKHNATEN CASEY

Correctional Institution: SANTA ROSA

Address: 5850 E. MILTON RD. MILTON, FL 32583

______________________________

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) □ delivered to prison officials for mailing or □ deposited in the prison's mail system for mailing on the_____day of_____, 20__.**

Signature of Incarcerated Plaintiff: Akhnaten Casey

KHNATEN CASEY # 744955
SANTA ROSA CORRECTIONAL INSTITUTION
5850 E MILTON RD
MILTON, FL 32583




MAY 04 2026

CLERK U.S. DISTRICT COURT
ONE NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502-5658