UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AKHWATEN CASEY,
Plaintiff,

vs. Case No. 3:26cv3695/AW/ZCB

ANTHONY FALCONE,
Defendant.
________________________/

**ORDER**

Plaintiff, an inmate of the Florida Department of Corrections proceeding *pro se*, initiated this civil rights action by filing a complaint under 42 U.S.C. § 1983. (Doc. 1). Before the Court is Plaintiff's motion for leave to proceed *in forma pauperis* (IFP). (Doc. 2).

Plaintiff failed to provide the requisite supporting documentation for the IFP motion, specifically, a Prisoner Consent Form and Financial Certificate **signed by a prison official** and an **attached inmate account statement reflecting all transactions in his inmate account for the preceding six-month period**. *See* 28 U.S.C. § 1915(a)(2). The Court strictly enforces the requirement that the above-referenced documents be filed in each case in which a prisoner-plaintiff seeks to proceed IFP. For these reasons, the Court will deny Plaintiff's

IFP motion without prejudice to his refiling an IFP motion with the required supporting documentation.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED without prejudice**.

2. The Clerk of Court is directed to send Plaintiff a motion to proceed *in forma pauperis* and a Prisoner Consent Form and Financial Certificate approved for use in the Northern District. This case number should be written on the forms.

3. Within **twenty-one days** of the date of docketing of this order Plaintiff must either (1) pay the $405.00 filing fee, or (2) file a completed motion to proceed *in forma pauperis* with the requisite Prisoner Consent Form and Financial Certificate **signed by a prison official**, and **an attached computer printout of all transactions in Plaintiff's inmate account from November 2025 – April 2026.**

4. Plaintiff's failure to comply with an order of the Court will result in a recommendation of dismissal of this case.

**DONE AND ORDERED** this 5th day of May 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge