pro se letter

3:26-cv-03695-AW-ZCB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
1 NORTH PALAFOX STREET,
PENSACOLA, FL 32502

PENSACOLA FL 325
7 MAY 2026 AM 1 L

$0.74⁰
US POSTAGE
FIRST-CLASS
FROM 32502
05/05/2026
Stamps.com
063S0008864633

[redacted]

AKHWATEN CASEY - 0770914

[redacted]

RETURN
TO SENDER

MAY 2 2026

FILED USDC FLND PN CF
MAY 27 '26 AM10:40 94089219