**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**AKHNATEN CASEY,**

**Plaintiff,**

**v.** **Case No. 3:26-cv-3695-AW-ZCB**

**ANTHONY FALCONE,**

**Defendant.**

_______________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 15) and incorporate it into this order. Plaintiff's objections (ECF No. 16) are overruled. The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on October 26, 2026.

s/ *Allen Winsor*
Chief United States District Judge